AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

V.

SAI Surveying Corporation,
Defendant

and

Citizens Bank,
Trustee

FILED IN CLERK'S OFFICE
2003 DEC 30  A 10: 27
U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12383 RCL**

TO: (Name and address of defendant)

SAI Surveying Corporation
23 Narragansett Avenue
Jamestown, RI  02835

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

11/25/03
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | Dec. 12, 2003 |
| NAME OF SERVER (PRINT)  Thomas Noury  41 N. Elmore Ave.  North Providence, RI 02911 | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _SA I Surveying Corp_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): [illegible handwriting] Mr. A. Sy, President

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Dec. 12, 2003_  _[signature] Thomas Noury_
         Date              Signature of Server

Address of Server:
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.