UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIAM RYAN, ET AL**

**V.**                                    **CIVIL ACTION NO. 03-12383-RCL**

**SAI SURVEYING CORP.**

## NOTICE OF DEFAULT

For failure of the defendant, **SAI Surveying Corp.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 18th day of March, 2004.

TONY ANASTAS, CLERK

By: /s/ Lisa M. Hourihan
March 18, 2004                              Deputy Clerk