UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs | C.A. No. 03-12383 RCL |
| vs. | |
| SAI SURVEYING CORPORATION, Defendant | |
| and | |
| CITIZENS BANK, Trustee | |

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE FOR DEFAULT JUDGMENT

Plaintiffs in this action respectfully move this Court for an extension of time in which to file for default judgment. As grounds therefore, they state that they have been involved in settlement discussions with the defendant; that the defendant has agreed to make all payments owed and that it has made an initial substantial payment toward that end.

Wherefore, plaintiffs seek to extend from April 18 to June 18, 2004 the time in which to file their Motion for Default Judgment, with the expectation that this case will be fully settled by that date, rendering the filing unnecessary.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: April 15, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Extension of Time in which to File for Default Judgment has been served by certified and first class mail upon SAI Surveying Corp. at 23 Narraganset Avenue, Jamestown, RI  02835 this 15th day of April, 2004.

_____
Anne R. Sills, Esquire

ARS/ars&ts
3118 03-255/motextime.doc

2