UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>     Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION,<br>     Defendant<br><br>and<br><br>CITIZENS BANK,<br>     Trustee | C.A. No. 03-12383 RCL |

**MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE FOR DEFAULT JUDGMENT**

Plaintiffs in this action respectfully move this Court for an extension of time in which to file for default judgment. As grounds therefore, they state that they had been involved in settlement discussions with the defendant; that the defendant had agreed to make all payments owed; that it had made an initial substantial payment toward that end and that as recently as a few weeks ago, it was promising to make the remaining payments. Based on these representations and a desire to conserve the Funds' resources, the Funds postponed preparing the necessary affidavits for the default judgment.

As defendant has not paid the remainder of its obligations, as promised, the Funds are preparing the default judgment pleadings and seek an extension of time until June 30, 2004 in which to file their Motion for Default Judgment.

Wherefore, plaintiffs seek an extension of time until June 30, 2004 in which to file their Motion for Default Judgment.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

*/s/ Anne R. Sills*
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: June 18, 2004

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Extension of Time in which to File for Default Judgment has been served by certified and first class mail upon SAI Surveying Corp. at 23 Narraganset Avenue, Jamestown, RI 02835 this 18th day of June, 2004.

*/s/ Anne R. Sills*
Anne R. Sills, Esquire

ARS/ars&ts
3118 03-255/motextime-dj2.doc