UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
          Plaintiffs

C.A. No. 03-12383 RCL

vs.

SAI SURVEYING CORPORATION,
          Defendant

and

CITIZENS BANK,
         Trustee

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE FOR DEFAULT JUDGMENT

Plaintiffs in this action respectfully move this Court for an extension of time until July 21, 2004 in which to file for entry of default judgment. As grounds therefore, they state that the defendant has stated its intention to reach a settlement with the Funds as to the amount of delinquent fringe benefit contributions owed and to subsequently make all payments owed. Based on this representation and a desire to conserve the Funds' resources, the Funds now seek sufficient time to allow the two parties to reach a settlement of this matter.

Wherefore, Plaintiffs seek an extension of time until July 21, 2004 in which to file their Motion for Entry of Default Judgment.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: June 30, 2004

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Extension of Time in which to File for Default Judgment has been served by certified and first class mail upon SAI Surveying Corp. at 23 Narraganset Avenue, Jamestown, RI 02835 this 30th day of June, 2004.

Gregory A. Geiman, Esquire

ARS/gag&ts
3118 03-255/motextime-dj3.doc

2