UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>   Plaintiffs <br><br> vs. <br><br> SAI SURVEYING CORPORATION, <br>   Defendant <br><br> and <br><br> CITIZENS BANK, <br>   Trustee | C.A. No. 03-12383 RCL |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST SAI SURVEYING CORPORATION

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(1), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendant SAI Surveying Corporation (hereinafter "SAI"), holding SAI liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through December, 2003 | $36,721.99 |
| B. | Prejudgment interest on the unpaid contributions, as mandated by 29 U.S.C. § 1132(g)(2)(B), if all contributions were paid by the end of June, 2004 | $4,556.29 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $4,556.29 |
| D. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $2,557.00 |
| E. | Costs | $226.37 |
| | TOTAL | $48,617.94 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against SAI Surveying Corporation.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne R. Sills

Anne R. Sills, Esquire
(BBO #546576)
Gregory A. Geiman, Esquire
(BBO #655207)
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA 02108
(617) 742-0208

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____
/s/ Anne R. Sills

Dated: July 15, 2004
ARS/gag&ts
3118 03-255/motdefjd.doc

2