UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION,<br>Defendant<br><br>and<br><br>CITIZENS BANK,<br>Trustee | <br><br>C.A. No. 03-12383-RCL |

## AFFIDAVIT OF JAMES BUCCI

1.   My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4 ("Union").

2.   On or about November 1, 1999, SAI Surveying Corporation ("SAI") signed a collective bargaining agreement with the Union (the "Agreement"), which was effective from

November 1, 1999 through October 31, 2003. SAI also became signatory to any successor agreements.

3. Under the Agreement, SAI is bound to the Funds' Trust Agreements and is obligated to make contributions to the Funds for each payroll hour for each person covered by the Agreement, in accordance with the rates set forth on the Schedule of Wages. A true and accurate copy of the Agreement is attached to the Complaint as Exhibit A.

4. Article XII of the Agreement provides that contribution payments are to be made on or before the tenth day of each month for all payroll periods ending the previous month. Further, any costs, inclusive of legal fees, incurred by the Union or the Funds in the collection of unpaid contributions are to be borne by SAI.

5. On or about February 5, 2003, SAI sent the Funds a check in the amount of $13,371.16 for work performed under the terms of the Agreement in or about December 2002. This check, a true and accurate copy of which is attached to the Complaint as Exhibit B, failed to clear the bank due to insufficient funds.

6. The Funds demanded payment via letter dated July 9, 2003.

7. On or about October 27, 2003, SAI sent the Funds a replacement check for the February 2003 payment, together with checks in the amounts of $4,701.26, paying contributions due for the period March through May 2003; $18,557.29, paying contributions due for the period June through August 2003; and $6,035.66, paying contributions due for September 2003.

8. Each of these checks failed to clear the bank due to insufficient funds in SAI's bank account. True and accurate copies of these checks are attached to the Complaint as Exhibit C.

9. Although SAI did eventually remit a portion of its delinquent contributions in April 2004, it still owes $14,543.59 in unpaid contributions for the period of June through November 2002, and $22,178.40 in unpaid contributions for the period of September through December 2003. Therefore, SAI owes the Funds a total of $36,721.99 in unpaid contributions.

10. Further, if all of its delinquent contributions were paid by the end of June 2004, SAI's liability for interest on the unpaid contributions would equal $4,556.29.

11. Thus, SAI's total liability to the Funds for unpaid contributions and interest is, as of this date, $41,278.28.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF JUNE, 2004.

_____
James Bucci

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon SAI Surveying Corp. at 23 Narraganset Avenue, Jamestown, RI 02835 this 15 day of June, 2004.

_____
Gregory A. Geiman, Esquire

ARS/gag&ts
3118 03-255/affbucci.doc