SCANNED
DATE: 07/19/04
BY: SRY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**



| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs vs. SAI SURVEYING CORPORATION, Defendant and CITIZENS BANK, Trustee | C.A. No. 03-12383 RCL |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by SAI Surveying Corporation since on or about July 8, 2003. Since that date, we have incurred legal fees of

$2,557.00 and costs of $226.37.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF JULY, 2004.

_____
Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon SAI Surveying Corp. at 23 Narraganset Avenue, Jamestown, RI 02835 this 15 day of July, 2004.

_____
Gregory A. Geiman, Esquire

ARS/gag&ts
3118 03-255/affsills.doc

2