SCANNED

DATE: 07/19/04

BY: _____ Sky _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
       Plaintiffs

       vs.

SAI SURVEYING CORPORATION,
       Defendant

       and

CITIZENS BANK,
       Trustee

C.A. No. 03-12383 RCL

## DEFAULT JUDGMENT

Defendant SAI Surveying Corporation, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $36,721.99 in unpaid benefit funds contributions; $4,556.29 in interest on the unpaid contributions; an additional $4,556.29 in liquidated damages; and $2,783.37 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby



ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant SAI

Surveying Corporation the principal amount of $36,721.99; prejudgment interest of $4,556.29;

liquidated damages of $4,556.29; and attorneys' fees and costs of $2,783.37, for a total judgment

of $48,617.94, with interest as provided by law, which interest rate is effective this date is

_____ percent.

_____
Judge Reginald C. Lindsay
The Honorable Reginald C. Lindsay
United States District Court
by: Deputy Clerk Dan Starlige

Dated: __8/17/04_____

ARS/gag&ts
3118 03-255/defltjdg.doc

2