# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
      Plaintiffs

      vs.

SAI SURVEYING CORPORATION,
      Defendant

      and

CITIZENS BANK,
      Trustee

C.A. No. 03-12383 RCL

## MOTION FOR AN EX PARTE ORDER OF
## POST JUDGMENT ATTACHMENT BY TRUSTEE PROCESS

Now come the plaintiffs in the above-entitled matter and move this Court, pursuant to
Rules 64 and 69 of the Federal Rules of Civil Procedure, M.G.L. c. 246 and Rule 4.2 of the
Massachusetts Rules of Civil Procedure, for an *Ex Parte* Order of Attachment by Trustee Process
of the bank account of defendant SAI Surveying Corporation ("SAI"), currently held by Citizens
Bank, subject to the statutory exemptions of M.G.L. c. 246 and Title II of the Federal Consumer

Credit Protection Act, 15 U.S.C. §1673, to the value of $48,617.94 plus interest, representing the total of the judgment recovered against SAI on August 19, 2004.

In support thereof, plaintiffs state that they have obtained a judgment against SAI, including unpaid contributions, liquidated damages, interest, attorneys' fees and costs; that defendants are likely to move money from the accounts if they have knowledge of this motion; and that on information and belief, no liability insurance is available to satisfy the judgment.

In support of this Motion, plaintiffs rely on a Memorandum of Law and Affidavit of Anne R. Sills submitted herewith.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  December 7, 2004

GAG/gag&ts
ARS 3118 03-255/moexpor.doc

2