UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>　　　　　　　　Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION,<br>　　　　　　　　Defendant<br><br>and<br><br>CITIZENS BANK,<br>　　　　　　　　Trustee | C.A. No. 03-12383 RCL |

## CERTIFICATE RE TRUSTEE PROCESS

I, Gregory A. Geiman, of the firm of Segal, Roitman & Coleman, attorneys for the plaintiffs, do hereby certify that the above-entitled action was:

1. in contract for personal services; and

2. for money due under a contract in writing.

For the foregoing reasons, no bond is required to be filed under the provisions of Chapter 246, Section 1, of the General Laws of Massachusetts.

                                        Respectfully submitted,

                                        WILLIAM RYAN and JOHN J.
SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

                                        By their attorneys,

                                        /s/ Gregory C. Geiman
                                        Anne R. Sills, Esquire
                                        BBO #546576
                                        Gregory A. Geiman, Esquire
                                        BBO #655207
                                        Segal, Roitman & Coleman
                                        11 Beacon Street
                                        Suite #500
                                        Boston, MA 02108
                                        (617) 742-0208

Dated: December 7, 2004

GAG/gag&ts
ARS 3118 03-255/certrepr.doc

2