UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br> Plaintiffs <br><br> vs. <br><br> SAI SURVEYING CORPORATION, <br> Defendant <br><br> and <br><br> CITIZENS BANK, <br> Trustee | C.A. No. 03-12383 RCL |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by SAI Surveying Corporation ("SAI") since on or about July 8, 2003.

3. The Funds filed a Complaint in this matter on November 24, 2003, and this honorable Court defaulted SAI on or about March 18, 2004.

4. Thereafter, the Funds – in reliance on SAI principal Barbara Szpatowski's repeated promises to me to pay all contributions owed in full – filed three separate motions for an extension of time in which to file for default judgment against SAI.

5. On July 15, 2004, I sent Ms. Szpatowski a letter in which I reminded her that, despite her many promises to the contrary, she had failed to pay the contributions owed to the Funds. I told her I would have to proceed with a Motion for Entry of Default Judgment against SAI. The Motion was filed the next day, on July 16, 2004.

6. Finally, on or about July 27, 2004, SAI issued the Funds a check for $39,621.99. This check did not cover the full amount of the contributions owed by SAI.

7. In any event, the check failed to clear due to insufficient funds.

8. After being informed that the check had failed to clear, Ms. Szpatowski made numerous additional promises to me and to the Funds that she would send a new check to replace the one that had failed to clear. The purported replacement check never arrived.

9. Meanwhile, this Court entered a default judgment for the Funds against SAI on August 19, 2004 in the amount of $48,617.94 plus interest.

10. On or about October 18, 2004, after Ms. Szpatowski's promised check failed to materialize, I submitted a Demand for Payment of Dishonored Check.

11. Subsequently, on or about October 21, 2004, this Court issued a First Execution. A true and accurate copy of the First Execution is attached to this Affidavit as Exhibit A.

12. To date, SAI has failed to replace the check and refused to pay the Funds the remainder of the amount of the Judgment. Further, upon information and belief, SAI has accrued further liability to the Funds in the time since default judgment was entered against the

Defendant.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF DECEMBER, 2004.

_____
Anne R. Sills, Esquire

GAG/gag&ts
ARS 3118 03-255/affsills2.doc