**COMMONWEALTH OF MASSACHUSETTS**
COURT:  United States District Court

Suffolk, ss                               Date of Service:   Dec. 23, 2004

William Ryan and John J. Shaughnessy,:
Trustees, I.U.O.E. Local 4 Health and     :
Welfare, Pension and Annuity Funds        :
    Plaintiff                             :
                                          :
vs.                                       :
                                          :
SAI Surveying Corporation                 :
    Defendant                             :
                                          :   CA No. 03-12383 RCL
Citizens Bank of Massachusetts            :
    Trustee                               :

**ANSWER OF TRUSTEE**

Citizens Bank of Massachusetts, 53 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

| Title | Balance Held |
|---|---|
| SAI Surveying Corporation | $64.64 |

Signed under oath this 10th day of January, 2005.

By: _____
Donald J. Barry, Jr., BBO No. 031575
Sr. Vice President-Attorney for Trustee
Citizens Bank of Massachusetts
53 State Street, MBS 840
Boston, MA 02109
(617) 725-5810

**CERTIFICATION**

I hereby certify that on January 10, 2005, I mailed a copy of the within answer to the plaintiff's attorney, Gregory A. Geiman, Segal, Roitman & Coleman, 11 Beacon St., Ste. 500, Boston, MA 02108.

_____
Donald J. Barry, Jr.