UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION, Defendant<br><br>and<br><br>CITIZENS BANK, Trustee | C.A. No. 03-12383 RCL |

**MOTION TO COMPEL ANSWERS TO**
**POST JUDGMENT INTERROGATORIES**

Now come the Plaintiffs, William Ryan and John J. Shaughnessy, as they are Trustees, et al ("the Funds"), and move this honorable Court for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure, compelling Defendant SAI Surveying Corporation ("SAI") to answer Plaintiffs' Post Judgment Interrogatories, to pay the expenses, including attorneys' fees, incurred by the Funds in filing this Motion, and informing SAI that absent full compliance with the Order within fourteen (14) days, the Court will enter appropriate findings against it.

As grounds for their Motion, the Funds state that SAI has failed to answer Plaintiffs' Post Judgment Interrogatories, served on March 1, 2005, in any way, despite the Funds' patience in waiting for an extra five weeks beyond the date on which answers were due.  As further grounds, the Funds rely on their Memorandum in Support of Motion to Compel Discovery Responses, and the Affidavit of Gregory A. Geiman, accompanying this Motion.

WHEREFORE, the Plaintiff Funds respectfully request that the Court grant their Motion to Compel and enter an Order (1) compelling SAI to answer the Funds' Post Judgment Interrogatories within at least fourteen (14) days of the date of the Order; (2) compelling SAI to pay the expenses, including attorneys' fees, incurred by the Funds in filing this Motion; and (3) informing SAI that the Court will order sanctions as authorized under Rule 37(b)(2)(D) if it fails to comply fully with the Court Order within fourteen (14) days.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  May 13, 2005

## CERTIFICATE OF COUNSEL

I hereby certify that I attempted to confer with Defendant SAI Surveying Corporation via its president, Barbara Szepatowski, concerning the filing of this Motion by leaving her a voice

mail on April 27, 2005 asking her to call me to discuss SAI's noncompliance with the discovery requests.  Further, I informed SAI via letter sent certified and first class mail to Ms. Szepatowski on April 27, 2005 that I would file a motion to compel discovery responses if I did not receive answers by May 5, 2005.  A copy of this letter, as well as the confirmation of receipt, is attached as Exhibit B to the Affidavit of Gregory A. Geiman, accompanying this Motion.  SAI did not respond to my request to confer regarding the filing of this Motion.  This is signed by me under the pains and penalties of perjury this 13th day of May, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Motion to Compel Answers to Post Judgment Interrogatories has been served by first class mail upon SAI Surveying Corp. at 23 Narragansett Avenue, Jamestown, RI  02835 this 13th day of May, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-255/motcompel-pjinterrog.doc

3