UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION, Defendant<br><br>and<br><br>CITIZENS BANK, Trustee | C.A. No. 03-12383 RCL |

**FINDINGS AND ORDER TO COMPEL ANSWERS
TO POST JUDGMENT INTERROGATORIES**

This matter, having come before me on the Plaintiff Funds' Motion to Compel Answers to Post Judgment Interrogatories, and upon consideration of the motion, affidavit and memoranda on file, I find that:

Defendant SAI Surveying Corporation ("SAI") was served with the Plaintiffs' Post Judgment Interrogatories on March 1, 2005. To date, SAI has failed to answer the interrogatories in any way.

WHEREFORE, it is hereby ORDERED that:

2

(1) SAI shall answer the Plaintiff Funds' Post Judgment Interrogatories completely within at least fourteen (14) days of the date of this Order;

(2) SAI shall pay the expenses, including attorneys' fees of at least $638.00, incurred by the Funds in filing this Motion; and

(3) the Court will order sanctions as authorized under Rule 37(b)(2)(D) against SAI if it fails to comply fully with this Order within fourteen (14) days.

SO ORDERED.

_____
The Honorable Reginald C. Lindsay
United States District Court

Dated:_____

GAG/gag&ts
ARS 3118 03-255/ordercompel-pjinterrog.doc