UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>         Plaintiffs <br><br> vs. <br><br> SAI SURVEYING CORPORATION, <br>         Defendant <br><br> and <br><br> CITIZENS BANK, <br>         Trustee | C.A. No. 03-12383 RCL |

## AFFIDAVIT OF GREGORY A. GEIMAN

1.    My name is Gregory A. Geiman. I am an attorney with Segal, Roitman, and Coleman and I represent the Plaintiffs in the above-captioned matter.

2.    On March 1, 2005, the Plaintiff Funds served post judgment interrogatories upon SAI pursuant to Rules 33 and 69 of the Federal Rules. See Exhibit A, attached hereto.

3.    Soon thereafter, sometime after March 16, 2005, I was informed by a process server who was attempting to serve SAI's president Barbara Szepatowski with a complaint on a separate matter that Ms. Szepatowski had recently been admitted to the hospital.

4. The process server subsequently reported that Ms. Szepatowski had been released from the hospital and, upon information and belief, had resumed her work schedule.

5. Having received no timely response to the Funds' Post Judgment Interrogatories, on April 27, 2005, I called SAI, which has not been represented by counsel in this matter. I left a voice mail for Ms. Szepatowski, asking her to return my call and to inform me as to why I had not yet received answers to the post judgment interrogatories. This voice mail has not been returned to date.

6. I also sent a letter to Ms. Szepatowski via certified and regular mail on April 27, 2005, advising her that the Funds would be forced to file the instant Motion to Compel if they did not receive answers to their post judgment interrogatories by May 5, 2005.

7. I received confirmation of SAI's receipt of this April 27, 2005 letter, but have not received any response from the Company. See Exhibit B, attached hereto.

8. The Funds have incurred $638.00 to date in attorneys' fees related to filing this Motion to Compel.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF MAY, 2005.

_____
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon SAI Surveying Corp. at 23 Narragansett Avenue, Jamestown, RI 02835 this 13th day of May, 2005.

_____
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-255/affgeiman.doc