UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

vs.

SAI SURVEYING CORPORATION,
        Defendant

and

CITIZENS BANK,
        Trustee

C.A. No. 03-12383 RCL

## FINDINGS AND ORDER TO COMPEL ANSWERS
## TO POST JUDGMENT INTERROGATORIES

This matter, having come before me on the Plaintiff Funds' Motion to Compel Answers to Post Judgment Interrogatories, and upon consideration of the motion, affidavit and memoranda on file, I find that:

Defendant SAI Surveying Corporation ("SAI") was served with the Plaintiffs' Post Judgment Interrogatories on March 1, 2005. To date, SAI has failed to answer the interrogatories in any way.

WHEREFORE, it is hereby ORDERED that:



(1)  SAI shall answer the Plaintiff Funds' Post Judgment Interrogatories completely within at least fourteen (14) days of the date of this Order;

(2)  SAI shall pay the expenses, including attorneys' fees of at least $638.00, incurred by the Funds in filing this Motion; and

(3)  the Court will order sanctions as authorized under Rule 37(b)(2)(D) against SAI if it fails to comply fully with this Order within fourteen (14) days.

SO ORDERED.

/s/ Reginald C. Lindsay
The Honorable Reginald C. Lindsay
United States District Court

Dated: July 12, 2005

By: Lisa M Hourihan

GAG/gag&ts
ARS 3118 03-255/ordercompel-pjinterrog.doc