UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>          Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION,<br>          Defendant<br><br>and<br><br>CITIZENS BANK,<br>         Trustee | C.A. No. 03-12383 RCL |

### PLAINTIFFS' MOTION FOR FINDING OF CIVIL CONTEMPT

Plaintiffs William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al., move this honorable Court for issuance of an order to show cause why Defendant SAI Surveying Corporation ("SAI") should not be found in contempt of this Court's Findings and Order to Compel Answers to Post Judgment Interrogatories ("Order"), dated July 12, 2005, for its failure to answer the Plaintiffs' post judgment interrogatories; why it should not pay conditional fines as a result of its conduct; and why its president should not be compelled to appear before this Court to answer the post

judgment interrogatories under oath. Answers to the post judgment interrogatories are necessary so that the Plaintiffs can determine whether there are means by which they may collect fringe benefit contributions, interest, damages, and attorneys' fees owed as a result of this Court's judgment against the Defendant.

In support of their Motion, Plaintiffs submit herewith their Memorandum of Law In Support of Plaintiffs' Motion for Finding of Contempt, which they incorporate by reference in this Motion.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  August 5, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Finding of Civil Contempt has been served by first class mail upon SAI Surveying Corp. at 23 Narragansett Avenue, Jamestown, RI  02835 this 5th day of August, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-255/motion-contempt.doc