UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION,<br>Defendant<br><br>and<br><br>CITIZENS BANK,<br>Trustee | C.A. No. 03-12383 RCL |

**AFFIDAVIT OF GREGORY A. GEIMAN**

1. My name is Gregory A. Geiman. I am an attorney with Segal, Roitman, and Coleman and I represent the Plaintiffs in the above-captioned matter.

2. On March 1, 2005, the Plaintiff Funds served post judgment interrogatories upon SAI pursuant to Rules 33 and 69 of the Federal Rules.

3. Having received no timely response to the Funds' Post Judgment Interrogatories, I called SAI on April 27, 2005. Upon information and belief, SAI has not been represented by counsel in this matter. I left a voicemail for SAI president Barbara Szepatowski, asking her to

return my call and to inform me as to why I had not yet received answers to the post judgment interrogatories. This voicemail has not been returned to date.

4. I also sent a letter to Ms. Szepatowski via certified and regular mail on April 27, 2005, advising her that the Funds would be forced to file their Motion to Compel Answers to Post Judgment Interrogatories if they did not receive answers to their post judgment interrogatories by May 5, 2005.

5. I received confirmation of SAI's receipt of this April 27, 2005 letter, but did not receive any response from the Company.

6. The Plaintiffs' Motion to Compel Answers to Post Judgment Interrogatories was filed on May 13, 2005.

7. The Court's Findings and Order to Compel Answers to Post Judgment Interrogatories ("Order") was issued on July 12, 2005.

8. I sent a copy of the Order, along with an explanatory letter and an additional copy of the relevant post judgment interrogatories, to Szepatowski via facsimile and first class mail on July 12, 2005. To date, SAI has failed to comply in any respect with the Order.

9. On July 28, 2005, I left another voicemail for Szepatowski with regard to the post judgment interrogatories. This call also went unreturned.

10. Finally, on July 29, 2005, I sent a letter to Szepatowski via certified and regular mail and by facsimile, advising her that the Funds would be forced to file a Motion for Finding of Civil Contempt if they did not receive a response to their post judgment interrogatories by the following week. No response has been received to this letter.

11. Attorneys' fees for the filing of the instant Motion for Finding of Civil Contempt total $1,540.00 to date.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF AUGUST, 2005.

/s/ Gregory A. Geiman<br>Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon SAI Surveying Corp. at 23 Narragansett Avenue, Jamestown, RI 02835 this 5th day of August, 2005.

/s/ Gregory A. Geiman<br>Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-255/affgeiman2.doc