## SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

April 27, 2005

**BY FAX, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS MAIL**

Barbara Szepatowski, President
SAI Surveying Corporation
23 Narraganset Avenue
Jamestown, RI 02835

Re: William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al vs. SAI Surveying Corporation
C.A. No. 03-12383 RCL

Dear Ms. Szepatowski:

I sent you the Plaintiff Funds' Post-Judgment Interrogatories on March 1, 2005. Answers to these Interrogatories were due within thirty (30) days, or by March 31. I have waited an additional three weeks but have still not received your Answers on behalf of SAI. Please be advised that if I do not receive these Answers by Thursday, May 5, I will file with the Court a Motion to Compel the production of your Answers, in which case you may be liable for attorneys' costs incurred in the filing of that Motion.

Please call with any questions.

Sincerely,

Gregory A. Geiman

cc: Gina Alongi
    Jim Bucci

GAG/gag&ts
ARS 3118 03-255/szpatowski7.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara Szepatowski, President
SAI Surveying Corp.
23 Narragansett Avenue
Jamestown, RI  02835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. Clarke    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): B. Clarke
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

4-29-05

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0006 4595 9247

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540