# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

July 12, 2005

**BY FAX & MAIL**
Barbara Szepatowski, President
SAI Surveying Corporation
23 Narraganset Avenue
Jamestown, RI 02835

Re: William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al vs. SAI Surveying Corporation
C.A. No. 03-12383 RCL

Dear Ms. Szepatowski:

Please see the enclosed Court Order regarding the Funds' Post-Judgment Interrogatories. Note that should you fail to comply with the Court's Order within fourteen (14) days, you will be subject to sanctions including a contempt of court finding.

I have enclosed another copy of the Funds' Post-Judgment Interrogatories for your convenience.

Sincerely,

Gregory A. Geiman

Encl.

cc: Gina Alongi
    Jim Bucci

GAG/gag&ts
ARS 3118 03-255/szpatowski8.doc

```
✳✳✳  TRANSMISSION    REPORT  ✳✳✳

JUL-13-05 07:44    ID:6177422187         SEGAL/ROITMAN+COLEMAN

   JOB NUMBER                          273
   INFORMATION CODE                    OK
   TELEPHONE NUMBER      14014230037
   NAME(ID NUMBER)
   START TIME            JUL-13-05 07:40
   PAGES TRANSMITTED     014    TRANSMISSION MODE    EMMR
   RESOLUTION            STD    REDIALING TIMES      00
   SECURITY              OFF    MAILBOX              OFF
   MACHINE ENGAGED       03'19

   THIS TRANSMISSION IS COMPLETED.
   LAST SUCCESSFUL PAGE  014
```

SEGAL, ROITMAN & COLEMAN
COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

### FAX TRANSMITTAL SHEET

DATE: 7/12/05                    TIME: 3:58  AM/**PM**

TO: Barbara Szegeatowski         FAX#: (401) 423-0037

                                 PHONE #: _____

FROM: Greg Geiman

Number of pages (including cover sheet): 14

MESSAGE:

_If you do not receive this fax, please notify _____ at the above telephone number._

The information contained in this transmittal is privileged and confidential. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us.

TEL: (617) 742-0208 - FAX: (617) 742-2187