# SEGAL, ROITMAN & COLEMAN

Donald J. Siegel
Paul F. Kelly
Ira Sills
Mary Thomas Sullivan*
Shelley B. Kroll
Burton E. Rosenthal
Anne R. Sills
Kathryn S. Shea
Indira Talwani**
Elizabeth Arienti Sloane
Michael J. Doheny
Stephanie R. Pratt
Gregory A. Geiman
Rachel E. Rosenbloom

Counsellors at Law
11 Beacon Street
Suite 500
Boston, Massachusetts 02108

Robert M. Segal (1915-1999)

OF COUNSEL
Richard W. Coleman
Harold B. Roitman
Joanne F. Goldstein
Joseph P. McKenna, Jr.
Paul S. Horovitz

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

July 29, 2005

**BY FAX, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS MAIL**
Barbara Szepatowski, President
SAI Surveying Corporation
23 Narraganset Avenue
Jamestown, RI 02835

Re:  William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al vs. SAI Surveying Corporation and Barbara Szepatowski
C.A. No. 05-10425 RCL

Dear Ms. Szepatowski:

I have not yet received Answers to the Funds' Post-Judgment Interrogatories. This is a direct violation of the Order issued by Judge Reginald C. Lindsay of the U.S. Federal District Court in this case.

Please be advised that we plan to file a Motion for Contempt on behalf of the Funds by next week absent receipt of your Answers to the Funds' Post-Judgment Interrogatories.

Very truly yours,

Gregory A. Geiman

cc:  Gina M. Alongi
     James Bucci

GAG/gag&ts
ARS 3118 03-255/szepatowski9.doc

```
xxx  TRANSMISSION  REPORT  xxx

JUL-29-05 14:59   ID:6177422187              SEGAL/ROITMAN+COLEMAN

     JOB  NUMBER                              456
     INFORMATION  CODE                        OK
     TELEPHONE NUMBER     14014230037
     NAME(ID NUMBER)
     START TIME           JUL-29-05 14:58
     PAGES TRANSMITTED    002      TRANSMISSION MODE      EMMR
     RESOLUTION           STD      REDIALING TIMES        00
     SECURITY             OFF      MAILBOX                OFF
     MACHINE ENGAGED      00'36

     THIS TRANSMISSION IS COMPLETED.
     LAST SUCCESSFUL PAGE     002
```

## SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

### FAX TRANSMITTAL SHEET

DATE: 7/29/05                         TIME: 2:57     AM/PM

TO: Barbara Szeparowski            FAX#: (401) 423-0037
                                      PHONE #:

FROM: Gail Geiman

Number of pages (including cover sheet): 2

MESSAGE:

_If you do not receive this fax, please notify Tressa at the above telephone number._

The information contained in this transmittal is privileged and confidential. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us.

TEL: (617) 742-0208 • FAX: (617) 742-2187



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Jessica Welton   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  8/1/5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Barbara Szepatowski, President
SAI Surveying Corporation
23 Narraganset Avenue
Jamestown, RI   02835

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 2969 4229

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540