## VOICE-MAIL MESSAGE OF NOVEMBER 2, 2005
## FROM BARBARA SZEPATOWSKI

Good morning Mr. Geiman this is Barbara Szepatowski. I received your message last night, and please don't roll your eyes, but I have no idea what your talking about, about being in Court yesterday. I've been out since last Tuesday with a drug overdose but it has, it doesn't have anything to do with killing myself it's from my meds from my MS and just all the depression and everything that goes with it. I'm probably not gonna be back into work for at least two weeks; that's what the doctor suggested. I also have not been really around much since March, I thought our CPA, Steve Adam Ulrich, had sent to you a letter with a, I don't remember when it was, it was July probably with a ten or fifteen thousand dollar check but based on all the things that you listed, of which I don't, I'm not really sure what your talking about I don't understand the legal phrases your using, that obviously didn't occur. Unfortunately, Mr. Adam Ulrich has disappeared off the face of the earth but we won't go there. To show my intent to get this resolved and one of the things I had asked Steve to do was to ask whether or not I could just sit down and meet with either you or somebody from the Union to go over everything so that I can pay it off, to show my intent, if that will help, I can send off to you on Friday a bank check for ten thousand dollars towards whatever the total is that we owe and that's one of things that I was planning on doing in the next week is just trying to sit down and figure that all out because what I would like to do is once you're paid off and I think I have a credit card bill paid off, sometime in the next six to eight months I'd like to end the business. I still have a contract at one of the government labs but my intent, as I said, is to just get of this business, I just, I can't deal with the MS and all the crap that goes along with it and try and run a business so, and then also we had six eviction letters and two court dates this summer so everything that I have in the office is packed up in boxes because landlord, the new landlord, wanted to evict us because they wanted

to turn the building into something else but unfortunately they can't, so now we can have our office back so I'm sure none of this makes any sense but I'm just trying to explain to you why I don't know about the list of things you were talking about, what they were and if somebody signed for stuff for me then I need to know who it is. I'll be at home, for the next week or so, I understand that the Judge can send an arrest warrant out for me, I, I can't drive and I'm happy to provide the Court with a letter stating that I'm, you know, not gonna be going to work for at least two weeks and that I have been in and out, mostly out, since March with pneumonia and bronchitis, I'll . . .

*(Voice-mail had run out and Ms. Szepatowski called back.)*

Hi, this is Barbara Szepatowski, I don't know how much of that message went through, but what I started to say is if you wanna give me a call I'll be at home, I have a cell phone for a house phone cause it doesn't make sense to have two. It sort of works in Jamestown its Cingular and its supposed to but they got turned down in their tower and I'm stuck in a three year contract so, I'll guess I'll be keeping it, the phone number is (401) 354-9200 but as I said I liked to get this resolved and if it will help, as I said, I can overnight on Friday a bank check for ten thousand made out to the Union to show my intent and then if somebody could just find half an hour or an hour to sit down with me or even if we could do it on-line that would be great cause I don't have a fax machine at work so it doesn't make any sense to fax back and forth and I'm not buying another one cause I wanna, as I said, close my business down. If you want to fax back and or e-mail back and forth my e-mail address is saisurvey@aol.com and other people do go into it, so I, what I would like to do is maybe just set up another one if I'm going to be sending you information back and forth so hopefully this information will keep the job from sending an arrest

warrant out for me but if they do then I just gotta find someway that I'm being allowed to take my medication with me.

    Alright, thank you very much. By-by.

GAG/ts
ARS 3118 03-255/voice-mail.doc